THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 David Michael
 Burress, Appellant.
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2007-UP-379  
 Submitted September 14, 2007  Filed
 September 18, 2007

APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Burress appeals from his guilty plea to trafficking in
 methamphetamine, arguing the plea judge failed to adequately advise him of his
 constitutional rights.  Burress also filed a pro se brief arguing his
 indictment was faulty.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Burresss appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.